IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KRISTA VIGIL,

        Plaintiff,

v.         No. CV 20-632 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE ADMINISTRATIVE RECORD

**THIS MATTER** is before the Court on Defendant Commissioner Andrew Saul's *Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint* (the "Motion"), (Doc. 13), filed September 25, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until **November 25, 2020**, to file the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint. If in 60 days the electronic certified administrative record is not prepared, the Commissioner will file a status report with the Court as to when he expects the administrative record to be completed.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE