## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

KRISTA VIGIL,

    Plaintiff,

v.                                                    No. CV 20-632 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

    Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 29), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's *Motion to Reverse and/or Remand*, (Doc. 24), shall be **GRANTED**. This case is therefore **REMANDED** to the Commissioner for further proceedings consistent with the Court's Opinion.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE